IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE WILSON,
    Petitioner,

vs.                                                     CASE NO.: 4:07cv535/SPM/MD

JAMES R. MCDONOUGH,
    Respondent.

## O R D E R

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, he has failed to either pay the filing fee of $5.00 or submit a motion to proceed *in forma pauperis*. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with account summary attachments (a copy of his trust fund account statement reflecting transactions in his account at the institution(s) where he was confined during the **six month period** prior to the filing of this complaint).

    Accordingly, it is ORDERED:

    1.     The Clerk shall forward to the petitioner an *in forma pauperis* application. This case number should be written on the form.

    2.     Within **thirty (30) days** from the date of this order, petitioner shall submit a complete application to proceed *in forma pauperis* along with all required supporting documentation, or in the alternative, payment of $5.00 to the clerk of this court. Failure to do so may result in a recommendation to the District Court that this case be dismissed.

    DONE AND ORDERED this 20th day of December, 2007.

                                    /s/ *Miles Davis*
                                    **MILES DAVIS**
                                    **UNITED STATES MAGISTRATE JUDGE**