IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE WILSON,

       Petitioner,

vs.                                      CASE NO.: 4:07cv535-SPM/AK

WALTER A. MCNEIL,

       Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation. (doc. 16)  The parties have been furnished a copy and have been afforded an opportunity to file objections.  Petitioner has filed objections that this Court has accepted as timely filed.  (doc. 18)

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. I have reviewed the 22-page Report and Recommendation in its entirety, as well as the objections filed by Petitioner.  Notwithstanding Petitioner's objections, I find that the Magistrate Judge was thorough, complete, and correct in his conclusions.

Petitioner has not rebutted any factual issues by clear and convincing evidence, nor has he shown that the state court's adjudication of his claims was

contrary to applicable law.  See 28 U.S.C. § 2254(e)(1).  He emphasizes certain facts he believes favorable to his case and attempts to discount others, but is ultimately unable to show that the Magistrate Judge's conclusions were incorrect in any fashion.  Overall, Petitioner's objections amount to a reiteration of the claims made in his original habeas petition.

Simply stated, a petitioner must prove both elements of Strickland v. Washington, 466 U.S. 668 (1984): deficient attorney performance and prejudice to the outcome of the trial.  The Magistrate Judge properly identified certain rulings made by the trial court or strategic decisions made by Petitioner's trial counsel that may have displeased Petitioner, but then explained why these potential errors did not result either in ineffectiveness of counsel or in prejudice to the outcome of the case.  Petitioner's objections have not demonstrated that he is entitled to relief from the state court's judgment.  Additionally, Petitioner has not demonstrated that his state court adjudication is contrary to clearly established law or that Supreme Court precedent has been unreasonably applied to Petitioner's case.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 16) is ***adopted and incorporated*** by reference in this order.
2. The petition for writ of habeas corpus (doc. 1) is hereby ***denied***.
3. This case is ***dismissed with prejudice***.

DONE AND ORDERED this <u>fourth</u> day of June, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge